# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Ernest Lee Archie Jr.

Inmate ID Number: 9980361337,

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:24 cv 00007-LC-ZCB
*(To be filled in by the Clerk's Office)*

v.

OBRIAN ALEXAND HILL,

CHIP SIMMONS _____,

**Jury Trial Requested?**
☒ YES  ☐ NO

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff

Plaintiff's Name: ERNEST LEE ARCHIE JR   ID Number: 9980361337

List all other names by which you have been known: Ernest Lee Archie, Ernest Archie

Current Institution: ESCAMBIA COUNTY Jail

Address: 3080 N. PACE BLVD
PENSACOLA, FLORIDA 32505

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: OBRIAN ALEXAND HILL

   Official Position: DEPUTY #614536

   Employed at: ESCAMBIA COUNTY SHERIFF OFFICE

   Mailing Address: ESCAMBIA. CO. SHERIFF OFFICE
   P.O BOX 18770, PENSACOLA, FL 32523

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: CHIP SIMMONS

   Official Position: SHERIFF

   Employed at: ESCAMBIA COUNTY SHERIFF OFFICE

   Mailing Address: ESCAMBIA COUNTY SHERIFF OFFICE P.O BOX 18770, PENSACOLA, FL 32523

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee     ☐ Civilly Committed Detainee

☐ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee     ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On 9-22-2023 Officer Obrain Hill did knowingly and willingly intentionally broke my wrist by appling hand cuffs to tight on my wrist and not using 2 pair for my size after being told my wrist was broken again prior on 6-7-2023 by officer J. Acevedo He also would not listen to resson and use two pair instead He place them on and refuse to lock them and He click it so hard I felt the bone Re-Break And He place me in squad car pushing and rushing me in where My wrist just continued to crumble bone to bone while I scream of the pain He refuse medical treatment and did as J. Acevedo did by telling Me

**Statement of Facts Continued** (Page 2 of 2)

SHUT UP HE TOOK ME INSTEAD TO THE COUNTY JAIL WHERE THEY REFUSED TO TREAT ME OR ACCEPT ME FORCING HIM TO TAKE ME TO HOSPITAL WHERE HE CHANGE MY CHARGE FROM TRESSPASSING TO A 2nd DEGREE BURGLARY OF A OCCUPIED DWELLING AFTER VIEWING THE VIDEO OF HOME CAMERA HE LIE THE SAME AS OFC. J. ACEVEDO KNOWING IT WAS NOT OCCUPIED KNOWING THE OWNER GAVE ME PERMISSION HE AS OFC. J. ACEVEDO PRESS FALSE CHARGES BECAUSE THEY BROKE MY WRIST AND GIVE ME ANOTHER HIGH BOND AND FORCE ME TO BE INCARRATION FOR FALSE CHARGES AND A REVOKED BOND WHERE I CANT GET OUT TAKE CARE OF MY FAMILY OR GET PROPER TREATMENT FOR MY BROKEN WRIST TILL DATE NO HELP MY WRIST STILL BROKEN BAD

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

CUSTODY, CONTROL, CARE
5TH AMENDMENT
14TH AMENDMENT
SERVE AND PROTECT

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date:_____ Case #:_____

   Court: _____

2. Date:_____ Case #:_____

   Court: _____

3. Date:_____ Case #:_____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties:_____

Court:_____Judge:_____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge:_____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #:_____Parties: _____

Court:_____Judge:_____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

2. Case #:_____Parties: _____

Court:_____Judge:_____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

3. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

5. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

6. Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date *(if not pending)*: _____

Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12-12-23  Plaintiff's Signature: _____

Printed Name of Plaintiff: ERNEST LEE ARCHIE JR

Correctional Institution: ESCAMBIA COUNTY JAIL

Address: 3080 N. PACE BLVD

PENSACOLA, FL 32505

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the _____ day of _____,
20____.

Signature of Incarcerated Plaintiff: _____

ERNEST ARCHIE C203T
ESCAMBIA COUNTY JAIL
3080 N. PACE BLVD
PENSACOLA, FL 32505

Mailed From The
Escambia County Jail
Dorm C



CLERK, U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658

JAN 0 4 2024

JAN 04 2024



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019